THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STACIE DAVIS, | CASE NO. C19-1929-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| HELEN C. CHOO *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff Stacie Davis's motions for default judgment (Dkt. Nos. 18, 19). Davis argues the defendants are in default because they did not timely answer the complaint. (Dkt. Nos. 18 at 1, 19 at 2.) Davis is not entitled to entry of default because she has not shown that the defendants were properly served in a manner authorized by Federal Rule of Civil Procedure 4. *See* W.D. Wash. Local Civ. R. 55(a). The Court issued Davis summonses on March 10, 2020, (Dkt. No. 8), but Davis has not filed proof of service. Accordingly, the Court DENIES Davis's motions for default (Dkt. Nos. 18, 19) and ORDERS Davis to file proof of service by October 12, 2020. Absent such proof, the Court will dismiss the case without prejudice for lack of prosecution.

//

MINUTE ORDER
C19-1929-JCC
PAGE - 1

1 | DATED this 28th day of September 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C19-1929-JCC
PAGE - 2